IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>    v.<br><br>AMY (DOE), et al.,<br><br>    Defendants.<br>_____/ | No. C 15-80107M CW<br><br>ORDER RETURNING COMPLAINTS TO PLAINTIFF |
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANA STARNES, aka DIANA GRIMES-STARNES,<br><br>    Defendant.<br>_____/ | No. C 15-80100M CW |
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER "CHRIS" SHULTZ, et al.<br><br>    Defendant.<br>_____/ | No. C 15-80099M CW |

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Mr. Grimes files a complaint that is "related to any of the following matters:

> (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

>      (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;
>
>      (3) a court order for the defendants to be subjected to a lie detector test;
>
>      (4) covert terrorism
>
> it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations.  Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

     The Court has reviewed the above-captioned complaints filed by Mr. Grimes and finds that they shall not be filed because they allege that Defendants are engaged in terrorism.  Mr. Grimes alleges no cognizable causes of action in these complaints.

     Because the above-captioned complaints concern matters mentioned in the pre-filing order and present no cognizable cause of action, the Clerk of the Court is ordered not to file them.  Instead, the complaints shall be returned to Mr. Grimes.

     IT IS SO ORDERED.

Dated: 04/09/2015

_____
CLAUDIA WILKEN
United States District Judge